IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| ANDREW CALKINS,<br><br>            Plaintiff,<br><br>v.<br><br>DAVIS SCHOOL DISTRICT, et al.,<br><br>            Defendants. | **MEMORANDUM DECISION AND ORDER ON SERVICE OF PROCESS**<br><br>Case No. 1:15-cv-00060-DN-EJF<br><br>District Judge David Nuffer<br><br>Magistrate Judge Evelyn J. Furse |

On April 16, 2015, the Court granted Plaintiff Andrew Calkins leave to proceed *in forma pauperis* under 28 U.S.C. § 1915.  (ECF No. 2.)  Subsequently, District Judge David Nuffer referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B).  (ECF No. 4.)

Rule 4 requires a court to serve process for plaintiffs it has authorized to proceed *in forma pauperis* under 28 U.S.C. § 1915.  Fed. R. Civ. P. 4(c)(3) ("At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court.  The court *must* so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915 . . . .") (emphasis added); *see Olsen v. Mapes*, 333 F.3d 1199, 1204 (10th Cir. 2003) ("When a plaintiff is granted in forma pauperis status, the district court is required to serve process for the plaintiff.").

The Complaint does not provide an address for any of the Defendants.  **Therefore, the Court first ORDERS Mr. Calkins to file a Notice by Monday, June 27, 2016 containing the Defendants' addresses, along with the addresses of the Defendants' registered agent or other person authorized to accept service of process.**

After Mr. Calkins supplies the necessary information regarding where to serve the Defendants, the Court DIRECTS the Clerk of Court to prepare a summons for the Defendants in this case. The United States Marshals Service shall serve a completed summons, a copy of the Complaint, and a copy of this Order upon the Defendants.

DATED this 13th day of June, 2016.

BY THE COURT:

*Evelyn J. Furse*
EVELYN J. FURSE
United States Magistrate Judge